# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

**FILED**

OCT 2 5 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America, and the State of California, *ex rel* ELIZE OGANESYAN 10831 Roycroft Street, Unit 42 Sun Valley, California 91352 | ) ) ) ) ) ) |
| | ) 2: 1 7 - CV - 2 2 3 6 KJM EFB |
| | ) **Case No. _____** |
| DAMON DAVIES 26843 Pine Hollow Court Valencia, CA 91381 | ) **FILED UNDER SEAL** ) ) |
| Plaintiffs, | ) Pursuant to 31 U.S.C. §§ 3729, ) *et seq.* and the California False ) Claims Act, Cal. Gov't Code ) §§ 12651, *et seq.* ) |
| v. | ) ) |
| MINAS KOCHUMIAN 18501 Marblehead Way Tarzana, CA 91356 | ) **JURY TRIAL DEMANDED** ) ) ) ) |
| VERONICA KOCHUMIAN 18501 Marblehead Way Tarzana, CA 91356 | ) ) ) ) ) |
| MINAS KOCHUMIAN MD, A MEDICAL 18251 Roscoe Boulevard, Suite 202 Northridge, CA 91325 | ) ) ) ) ) |
| Defendants. | ) ) ) |

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

- 2 -
FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

# INTRODUCTION

1.  *Qui tam* Relators Elize Oganesyan ("Oganesyan") and Damon Davies ("Davies") (collectively "Relators"), by their attorneys, individually and on behalf of the United States of America and the State of California, file this Complaint against Defendants Minas Kochumian ("Dr. Kochumian"), Veronica Kochumian ("Mrs. Kochumian"), and Minas Kochumian MD, A Medical Corporation ("Kochumian Medical") (collectively "Defendants") to recover damages, penalties, and attorneys' fees for violations of the Federal False Claims Act, 31 U.S.C. §§ 3729, *et seq.* and the California False Claims Act, Cal. Gov't Code §§ 12651, *et seq.*

2.  As discussed more fully below, Defendants are defrauding the U.S. Government and taxpayers by submitting false claims to Medicare and Medi-Cal for drugs, procedures, services, and tests Defendants never administered to patients.

3.  Defendants also submit false claims to Medicare and Medi-Cal for drugs, procedures, services, and tests never administered to ghost patients who Defendants have never seen or treated.

4.  Dr. Kochumian is an internal medicine practitioner and his medical practice, Kochumian Medical, is located at 18251 Roscoe Boulevard, Suite 202, Northridge, California 91325.

5.  According to Kochumian Medical's August 27, 2015, Statement of Information on file with the California Secretary of State, Mrs. Kochumian is an officer of Kochumian Medical and Dr. Kochumian is the director, the Chief Executive Officer, and the Chief Financial Officer.

6.  Defendants' patient population is predominantly Armenian American, many of whom are on Medi-Cal and/or Medicare that Defendants fraudulently bill and collect millions of dollars in payments from:

- 3 -

FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

a. According to Centers for Medicare and Medicaid Services data in 2014, Defendants submitted 64,687 claims to Medicare alone for services billed to 64 different Healthcare Common Procedure Coding System ("HCPCS") codes totaling $2,230,459.

b. According to CMS data in 2014, Defendants submitted 57,137 claims to Medicare alone for 387 different drugs totaling $4,353,841.

## JURISDICTION AND VENUE

7. Pursuant to 31 U.S.C. § 3732(a) and 28 U.S.C. § 1331, this Court has subject matter jurisdiction over violations of the Federal False Claims Act actions.

8. Pursuant to 28 U.S.C. § 1367(a), this Court also has supplemental over violations of the California False Claims Act.

9. This Court has personal jurisdiction over Defendants pursuant to 31 U.S.C. § 3732(a) because Defendants can be found, reside, and transact business in California.

10. Venue is proper in this Court under 31 U.S.C. § 3732(a) for the following reasons:

a. Medi-Cal is equally financed and jointly administered by the California Department of Health Care Services ("DHCS") and Centers for Medicare and Medicaid Services ("CMS");

b. Defendants submit false Medi-Cal claims for payment to DHCS in Sacramento, California and Defendants collect payments for the false Medi-Cal claims it submits from DHCS in Sacramento, California;

c. Therefore Defendants' illegal acts, which this Court has subject matter and supplemental jurisdiction over, occur in this venue.

- 4 -

FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

# THE PARTIES

## Relator Elize Oganesyan

11.     Oganesyan is a citizen of the United States and a resident of California.

12.     Oganesyan is the "original source" of this information within the meaning of 31 U.S.C. § 3730(e)(4)(B), and states that her knowledge of the information contained herein has not been publically disclosed.

13.     Oganesyan worked for Defendants from September 2010 to May 2017 as a medical assistant supporting physicians, patients, and pharmaceutical representatives.

14.     Oganesyan's responsibilities included answering phones, faxing, coping, processing patient referrals, scheduling patient appointments, verifying insurance eligibility and securing authorization for drugs, procedures, services, and tests, maintaining medical records, data entry, coordinating patient care plans, scheduling meetings with pharmaceutical representatives, and inventorying sample drop-offs.

15.     Oganesyan is a current student at Los Angeles Valley College in Valley Glen, California and working on her Bachelor's Degree.

16.     In June 2007, Oganesyan graduated from Heald College in Fresno, California with an Associate in Applied Science Degree in Medical Assisting.

## Relator Damon Davies

17.     Davies is a citizen of the United States and a resident of California.

18.     Davies is the "original source" of this information within the meaning of 31 U.S.C. § 3730(e)(4)(B), and states that his knowledge of the information contained herein has not been publically disclosed.

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

- 5 -

19.     Davies is the Chief Information Officer of Aston, Inc. in Tarzana, California, where he has been working since 2012.

20.     Davies holds the following certifications: Microsoft Certified Professional 2005, Microsoft Certified Systems Administrator 2005, Microsoft Certified Database Administrator 2005, Microsoft Certified System Engineer 2006, Microsoft Certified Systems Administrator Exchange 2008, and Microsoft Certified System Engineer Exchange 2008.

21.     Relator Davies has been an information technology consultant for Defendants for the past seventeen (17) years.

## Defendant Minas Kochumian

22.     Dr. Kochumian is a graduate of the University of California, Irvine School of Medicine and an internal medicine practitioner whose medical practice, Kochumian Medical, is located at 18251 Roscoe Boulevard, Suite 202, Northridge, California 91325.

23.     According to Kochumian Medical's August 27, 2015, Statement of Information on file with the California Secretary of State, Dr. Kochumian is the director, the Chief Executive Officer, and the Chief Financial Officer.

24.     Dr. Kochumian is the only physician who works at and is employed by Kochumian Medical.

25.     Only Dr. Kochumian and a part-time technician treat patients at Kochumian Medical.

26.     Dr. Kochumian sees an estimated 30 patients each day, approximately 80 percent of whom are Medi-Cal and/or Medicare patients.

27.     Dr. Kochumian owns $6,686,375 in physical assets, including Kochumian Medical's office building in Northridge, California, a $2 million house with his wife, Veronica Kochumian, in Tarzana, California, and a parcel of land in Riverside County, California.

- 6 -

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

## Defendant Veronica Kochumian

28. According to Kochumian Medical's August 27, 2015, Statement of Information on file with the California Secretary of State, Mrs. Kochumian is an officer.

29. Mrs. Kochumian owns property with her husband, Minas Kochumian, including a $2 million house in Tarzana, California.

## Defendant Minas Kochumian MD, A Medical Corporation

30. Kochumian Medical is Dr. Kochumian's medical practice and located at 18251 Roscoe Boulevard, Suite 202, Northridge, California 91325.

31. Dr. Kochumian owns Kochumian Medical's office building, which has an assessed value of $3,623,910.

32. According to Kochumian Medical's August 27, 2015, Statement of Information on file with the California Secretary of State, Mrs. Kochumian is an officer of Kochumian Medical.

33. According to Kochumian Medical's August 27, 2015, Statement of Information on file with the California Secretary of State, Mrs. Kochumian is an officer amd Dr. Kochumian is the director, the Chief Executive Officer, and the Chief Financial Officer.

34. Dr. Kochumian is the only physician who works at and is employed by Kochumian Medical.

35. Only Dr. Kochumian and a part-time technician treat patients at Kochumian Medical.

FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

# BACKGROUND

## I.      Medicare Requirements

36.      In 1965, Congress enacted Title XVIII of the Social Security Act under 42 U.S.C. §1395, *et seq.* ("The Medicare Program" or "Medicare") authorizing the Federal government to pay for the cost of certain medical services for persons aged 65 and older.

37.      The United States, through the Department of Health and Human Services ("HHS"), administers the Medicare program.  Part B of the Medicare Program is a federally subsidized health insurance system for disabled persons, blind persons, or persons who are 65 or older.  Eligible persons aged 65 and older may enroll in Part B of the Medicare Program to obtain benefits in return for payments of monthly premiums as established by HHS.  Part B covers, in general, 80 percent of reasonably charged services and items other than hospital expenses, and 100 percent of clinical diagnostic services.

38.      HHS has delegated the administration of the Medicare Part B Program to its component agency, the Health Care Financing Administration ("HCFA").

39.      Medicare payment to providers of medical services is accomplished through private insurance carriers ("carriers"), as provided by 42 U.S.C. § 1395u.  The carrier, on behalf of the Medicare Program, reviews and approves claims submitted for payment by Medicare providers.

40.      The carrier makes payment on those claims which appear to be eligible for payment under Medicare Part B on behalf of the United States. 42 U.S.C. § 1395u(a). Claims may be made by the beneficiaries or by providers who have received assignment from beneficiaries to make claims on their behalf. *See* 42 U.S.C. §§1395u(b)(3)(B). HHS, through

- 8 -

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

HCFA, has issued the HCFA Carriers Manual ("Manual"), which is a guideline and explanation of the Medicare statute and its regulations.

41.     Before accepting Medicare assignments, Defendants, and all providers who submit claims for services provided to Medicare beneficiaries, must certify that it will operate in accordance with the requirements established by the Secretary of the Department of Health and Human Services.

42.     At all times herein mentioned, Defendants had knowledge of the public policies expressed in the laws and regulations herein mentioned and of the fact that he must comply with all applicable Federal laws in order for the services Defendants perform to be approved for coverage under Medicare.

43.     CMS is the organization that administers and manages Medicare.

## II.     Medi-Cal

44.     Medi-Cal is California's Medicaid program.

45.     Medi-Cal is a public health insurance program that provides needed healthcare services for low-income individuals, including seniors, families with children, persons with disabilities, pregnant women, and low-income people with specific diseases, such as breast cancer and HIV/AIDS.

46.     Medi-Cal is equally financed and jointly administered by the California Department of Health Care Services and CMS.

47.     As of January 2017, approximately 13.5 million people are enrolled in Medi-Cal.

48.     Before accepting Medi-Cal assignments, Defendants, and all providers who submit claims for services provided to Medi-Cal beneficiaries, must certify that they will operate

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

- 9 -

FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

in accordance with the requirements established by the Secretary of the Department of Health and Human Services.

49.     At all times herein mentioned, Defendants had knowledge of the public policies expressed in the laws and regulations herein mentioned and of the fact that they must comply with all applicable State and Federal laws in order for the services Defendants perform to be approved for coverage under Medi-Cal.

# FACTUAL ALLEGATIONS

**I.     Defendants submit false claims to Medicare and Medi-Cal for drugs, procedures, services, and tests never administered to patients**

50.     Defendants submit false claims to Medicare and Medi-Cal for payment of drugs, procedures, services, and tests never administered to patients, including aorta scans, fecal occult blood tests, glaucoma tests, Holter monitors, Impedence Cardiography Tests ("ICT"), knee injections, Otoacoustic Emissions Tests ("OET"), Prolia injections, skin allergy tests, and Vestibular Autorotation Tests ("VAT").

51.     Relators have knowledge based on patient schedules that Defendants submit claims to Medicare and Medi-Cal for payment of drugs, procedures, services, and tests administered on dates the patients did not visit Kochimian Medical.

52.     Relators are also in possession of documentation that proves Defendants submit claims to Medicare and Medi-Cal for payment of drugs, procedures, services, and tests never administered to patients.

53.     Defendants do not even have the necessary equipment for providing either skin allergy tests or VATs Defendants bill Medicare and Medi-Cal for payment.

- 10 -

54.     Defendants submit claims to Medicare and Medi-Cal for payment of aorta scans administered on days that the technician who administers the aorta scans is not at Kochumian Medical.

55.     The technician who performs the aorta scans is usually in Kochumian Medical two days most weeks.

56.     In or around 2014, a patient brought Oganesyan a Medicare Explanation of Benefits that included a charge for an injection Defendants never administered to the patient.

57.     Oganesyan subsequently realized Defendants were billing Medicare and Medi-Cal for care never administered to patients that include, but are not limited to, aorta scans, knew injections, skin allergy tests, and VAT tests.

58.     Defendants falsely bill Medicare and Medi-Cal for aorta scans administered on days the technician who performs them is not at Kochumian Medical and does not administer.

59.     Defendants falsely bill Medicare and Medi-Cal for skin allergy tests that Defendants do not have the equipment to administer, cannot administered, and do not administer.

60.     Defendants falsely bill Medicare and Medi-Cal for knee injections Defendants do not perform.

61.     The knee injection treatment requires weekly visits for patients to get an injection in each knee and Defendants falsely bill Medicare and Medi-Cal for knee injections administered to patients who do not visit Kochumian Medical weekly.

62.     Defendants falsely bill Medicare and Medi-Cal for VAT tests Defendants have not had the equipment to provide the last four years, cannot provide, and do not provide.

63.     In furtherance of their fraudulent scheme, Defendants create false charge tickets and Ultrasound Order Forms for patients, including ghost patients who Defendants do not see or treat.

- 11 -

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

II.     **Scheme 1: Defendants create false charge tickets for drugs, procedures, services, and tests never administered to patients but billed to Medicare and Medi-Cal**

A. **Background**

64.     Relators possess patient charts and charge tickets for fifty (50)  patients of the Defendants that prove Defendants falsely bill Medicare and Medi-Cal for drugs, procedures, services, and tests never administered to patients.

65.     Every drug, procedure, service, and test Defendants bill Medicare and Medi-Cal for payment are recorded on charge tickets and should also be recorded on the patient's chart.

66.     Patient charts are records of drugs, procedures, services, and tests actually administered to patients.

67.     If a drug, procedure, service, and test is not recorded on a patient's chart but recorded on the charge ticket then the drug, procedure, service, and test was not administered to the patient and the claim submitted to Medicare and Medi-Cal is fraudulent.

68.     Relators possess fifty (50) charge tickets that list drugs, procedures, services, and tests Defendants billed to Medi-Cal and/or Medicare that were not recorded on the patients' charts.

69.     Defendants are consequently defrauding Medicare and Medi-Cal.

B. **Specific examples of false charge tickets Defendants created for drugs, procedures, services, and tests never administered to patients of Defendants but billed to Medicare and Medi-Cal**

Patient M.A.

70.     HCPCS codes G 0117, J1740 & 96374, 71020, 82274/GO328 QW, 93000, and 95004 are recorded on patient M.A.'s February 2, 2017, charge tickets.

**The Employment Law Group, P.C.**
888 17th Street, NW, Suite 900
Washington, D.C. 20006

- 12 -

FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

**Dr. Minas Kochumian**
**18251 Roscoe Blvd # 202**
**Northridge, CA 91325**
**Phone (818) 709-5154**
**Fax (818) 709-5190**

<u>**Date:**</u>   02/02/2017

Medicare

Medical

*The Employment Law Group, P.C.*
888 17th Street, NW, Suite 900
Washington, D.C. 20006

- 13 -

FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

| | | | |
|---|---|---|---|
| New Patient  99202 | | EKG  93000 | *Root* |
| New Patient  99203 | | Treadmill  93015 | |
| New Patient  99204 | | ICG  93701 | |
| New Patient  99205 | | AORTA Scan  76705 | |
| Est. Patient  99211 | | | |
| Est. Patient  99212 | | Holter Monitor  93224 | |
| Est. Patient  99213 | *I to* | PFT  94010 | |
| Est. Patient  99214 | *E705* | Tympanometry impedance testing  92567 | |
| Est. Patient  99215 | *E 11-05* | Glaucoma test  G 0117 | *H 40-00S* |
| G 0506 | *I 150* | | |
| Est. pat. Preventative care (18-39)  99385 | | ANS Testing  95924, 95922, 9592x | |
| Est. pat. Preventative care (40-64)  99396 | | VAT positional Nystagmus  92542 | |
| Est. pat. Preventative care (65+)  99397 | | VAT use vertical electrodes  92547 | |
| RSV 87420QW | | VAT Sinusoidal Rotation test  92546 | |
| Prolonged care 30-74 min  99354 | | VAT Electro- Occulography  92270 | |
| Influenza  A  87804 | | | |
| Influenza  B  87804 | | | |
| Influenza Vac.  Q2036 & G0008  V04.81 | | | |
| Tet. & Dirt. Vac. | | | |
| OAE  92587 | *H 90-00* | | |
| Strep A antigen  87880 QW | | Laceration repair up to 2.5 cm  12001 | |
| Kenelog 10mg intraaticular J3301 | | Laceration repair up to 2.6 to 7.5 cm  12002 | |
| Vit. B12  J3420 | | Laceration repair up to 7.6 to 12.5 cm  12004 | |
| B12  81003 | | Penile lesion Destruction  54056 | |
| Spot Mono test  86308 QW | | Vulva lesion destruction  56501 | |
| Toradol  15mg  J1885 | | H. Pylori breath analyzer  78267  78268 | |
| Large Joint asp.  20610 | | Anoscopy  46600 | |
| Synvisc Inj.  J7323 | | Hemorrhoid destruction  46930 | |
| Sm. Joint asp.  20605 | | Anal Lesion destruction  46916 | |
| | | Anal Lesion destruction extensive  46924 | |
| | | | |
| | | Trigger point inj. Additional  20553 | |
| | | Trigger point inj.  20552 | |
| | | Excision Benign Lesion  11400/11442 | |
| Finger/toe inj.  20605 | | Excision Malignant lesion  11600/11642 | |
| Rib inj.  64421 | | | *K77.8* |
| ABI  93922 | | Fecal Occult  82274/G0328 QW | |
| Pregnancy (urine)  81025 QW | | Boniva IV inj. J1740 x3 units & 96374 | *Mxt+8* |
| Pneumovax  90732 & G0009  V03.82 | | Prolia inj.  J0897 x 60 & 96372 | *10-7-16* |
| Hep. A vac.  90632 & G0010  V05.3 | | Removal of foreign body ear  69200 | *1-7-17* |
| Hep. B vac.  90746 & G0010  V05.3 | | Removal of foreign body eye  65205 | |
| PPD  86580 V741 | | Nasal hemorrhage anterior control  30901 | |

- 14 -

FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

| | |
|---|---|
| Excision Skin Tag Any Area    11200 | Chest 2V 71020 |
| Debridement of wound       11042 | Chest PA/Oblique 7102 |
| Biopsy single lesion       11100 | C-spine 4 V 72040 |
| Biopsy additional lesion      11101 | T-spine 2 V 72070 |
| Destroys premalig lesion (1)    17000 | T-spine 4 V 72074 |
| Destroys premalig lesion 2-14    17003 | L-spine 4 V 72110 |
| Destroys premalig lesion  15 or more    17004 | L-spine 4 v + bending 72114 |
| Destroy flat warts /molluscum (1-14)       17110 | Clavicle complete 73000 |
| | Shoulder 2 V 73030 |
| Diazepam 5mg J3360 for M-CAL X6064 X 2 UNITS | Acromioclavicular joints Bi 73050 |
| Lasix 40mg IM J1940 X 2 UNITS | Humerus 2 V 73060 |
| Depotestasterone 400mg IM J1080 X 2 UNITS | Elbow 2 V 73070 |
| Ancef 1gm J0690 X 2 UNITS | Forearm 2 V 72090 |
| Fortaz 500mg IM J0713 | Wrist 2 V 73100 |
| Reglan 10mg IM J2765 | Wrist 3 V 73110 |
| Compazine 10mg IM J0780 | Hand 2 V 73120 |
| Rocephine 1gm IM J0696 X4 UNITS | Hand 3 V 73130 |
| Solumedrol 125mg  J2930 FOR M/CAL  X5554 UNIT 3 | Finger 2 V 73140 |
| Ampicillin 1gm IM J0290 X 2 UNITS | Hip Unilateral 2 V 73500 |
| Gentamycin 80mg IM J1580 | Hip Bilateral 2 V 73520 |
| | Femur 2 V 73550 |
| | Knee 3 V 73562 |
| | Knee 4 V 73564 |
| Allery Test 95004 X   80   tests. | Both Knee Standing 73565 |
| | Tib-Fib 2 V 73590 |
| | Ankle 2 V 73600 |
| | Ankle 3 V 73610 |
| | Foot 2 V 73620 |
| | Foot 3 V 73630 |
| I&D Abscess complicated 10061 | Calcaneus 2 V 73650 |
| I&D Abscess Pilonidial cyst Simple 10080 | Toes 2 V 73660 |
| I&D Abscess Pilonidial cyst Compl 10081 | Abdomen 1 V 74000 |
| Incision/removal of F/B Simple 10120 | Acute Abdomen 74022 |
| Incision/removal of F/B Compl 10121 | Abdomen Complete 74020 |
| | Sinus 70170 |
| | Sacroiliac Joints 72202 |
| | Tailbone 72220 |
| | Jaw Joint 70332 |
| | Ribs and Chest 71101 |
| Evacuation of Nail Hematoma 11740 | Ribs  71100 |
| I&D of soft tissue abscess 20000 | |
| Remove foreign body from muscle 20520 | |
| I&D finger abscess 26010 | DXA  77080 |
| Application of finger splint 29130 | IVA  72010 |
| | |
| | |

73.     HCPCS code G 0117 is for a glaucoma test.

74.     HCPCS code J1740 & 96374 is for Boniva injections.

75.     HCPCS code 71020 is for a chest x-ray.

76.     HCPCS code 82274/GO328 QW is for a fecal occult.

77.     HCPCS code 93000 is for an electrocardiogram

- 15 -

78.     HCPCS code 95004 is for an allergy test.

71.     There is no documentation in patient M.A.'s patient chart for February 2, 2017, that Defendants administered a glaucoma test, Boniva injections, chest x-ray, fecal occult, electrocardiogram, or allergy test to patient M.A.

**Thu, Feb 02 2017   11:06 am**

| | |
|---|---|
| CC | pleasant 99 year old female here to follow up |
| HPI | pleasant 99 year old female here to follow up |
| ROS | Patient denies any chest pain, shortness of breath, or dyspnea on exertion. No palpitations, presyncope, or syncope. No leg swelling or pain that is new for them. |
| PFSH | anemia of chronic disease |
| | OA |
| | [Tobacco: Never smoker] |
| All | No Known Allergies |
| A/P | # Neck pain  (M54.2): |
| | # Anemia  (D64.9): B12 and iron injection given |
| | # Weakness  (R53.1): |
| | # Osteoarthrosis, localized, primary, lower leg \| Unilateral primary osteoarthritis, right knee  (M17.11): |
| | # Hypertension  (I10): |
| | # Abdominal distension  (R14.0): |
| | # Abdominal pain  (R10.9): reffered to ultra sound |
| | # Lower urinary tract infection  (N39.0): advised pt to drink water and flush out infection. if disomfort continues and patient spikes a fever she may start the antiiotics. dip positive for blood and leu. |
| | PRESCRIBE: Macrobid 100 mg oral capsule, Take 1 pill by mouth BID X 5 days, # 10, RF: 0. (Transmitted by Maria Keklikian, FNPC) |
| | Diet education/instruction given and discussed with patient.  Activity education and exercise education and instructions given to patient.  Medicaton and it's possible side effects reviewed with patient.  Patient is advised to call if problems persist or become worse. Discussed living will with patient. I also discussed the importance to follow the care plan as outlined above.  And failure to follow up with the care plan may result in disabling or worsening illness |

72.     Defendants billed Medicare for administering a glaucoma test, Boniva injections, chest x-ray, fecal occult, electrocardiogram, or allergy test to patient M.A. on February 2, 2017.

Patient T.M.

73.     HCPCS codes 71020, 92587, 93000, and 95004 are recorded on patient M.T.'s January 13, 2017, charge tickets.

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

- 16 -

FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

1

**Dr. Minas Kochumian**

2

**18251 Roscoe Blvd # 202**

**Northridge, CA 91325**

3

**Phone (818) 709-5154**

**Fax (818) 709-5190**

4

5

**Date:**   01/13/2017

Medicare

6

Medical

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

- 17 -

28

FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

| | |
|---|---|
| Excision Skin Tag Any Area   11200 | Chest 2 V 71020 |
| Debridement of wound   11042 | Chest PA/oblique 7 |
| Biopsy single lesion        11100 | C-spine 4 |
| Biopsy additional lesion    11101 | T-spine 2 V 72070 |
| Destroys premalig lesion (1)      17000 | T-spine 4 V 72074 |
| Destroys premalig lesion  2-14    17003 | L-spine 4 V 72110 |
| Destroys premalig lesion  15 or more    17004 | L-spine 4 v + bending 72114 |
| Destroy flat warts /molluscum (1-14)    17110 | Clavicle complete 73000 |
| | Shoulder 2 V 73030 |
| Diazepam 5mg J3360 for M-CAL X6064 X 2 UNITS | Acromioclaricmat joints Bi 73050 |
| Lasix 40mg IM J1940 X 2 UNITS | Humerus 2 V 73060 |
| Depotestasterone 400mg IM J1080 X 2 UNITS | Elbow 2 V 73080 |
| Ancef 1gm J0690 X 2 UNITS | Forearm 2 V 72090 |
| Fortaz 500mg IM J0713 | Wrist 2 V 73100 |
| Reglan 10mg IM J2765 | Wrist 3 V 73110 |
| Compazine 10mg IM J0780 | Hand 2 V 73120 |
| Rocephine 1gm IM J0696 X4 UNITS | Hand 3 V 73130 |
| Solumedrol 125mg  J2930 FOR M/CAL X5554 UNIT 3 | Finger 2 V 73140 |
| Ampicillin 1gm IM J0290 X 2 UNITS | Hip Unilateral 2 V 73500 |
| Gentamycin 80mg IM J1580 | Hip Bilateral 2 V 73520 |
| | Femur 2 V 73550 |
| | Knee 3 V 73560 |
| | Knee 4 V 73564 |
| Allery Test 95004 X  80  tests. | Both Knee Standing 73565 |
| | Tib-Fib 2 V 73590 |
| | Ankle 2 V 73600 |
| | Ankle 3 V 73610 |
| | Foot 2 V 73620 |
| | Foot 3 V 73630 |
| I&D Abscess complicated 10061 | Calcaneus 2 V 73650 |
| I&D Abscess Pilonidial cyst Simple 10080 | Toes 2 V 73660 |
| I&D Abscess Pilonidial cyst Compl 10081 | Abdomen 1 V 74000 |
| Incision/removal of F/B Simple 10120 | Acute Abdomen 74022 |
| Incision/removal of F/B Compl 10121 | Abdomen Complete 74020 |
| | Sinus 70170 |
| | Sacroiliac Joints 72202 |
| | Tailbone 72220 |
| | Jaw Joint 70332 |
| | Ribs and Chest 71101 |
| Evacuation of Nail Hematoma 11740 | Ribs  71100 |
| I&D of soft tissue abscess 20000 | |
| Remove foreign body from muscle 20520 | |
| I&D finger abscess 26010 | DXA  77080 |
| Application of finger splint 29130 | IVA 72010 |

FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

| | | | | |
|---|---|---|---|---|
| New Patient | 99202 | EKG | 93000 | |
| New Patient | 99203 | Treadmill | 93015 | |
| New Patient | 99204 | ICG | 93701 | |
| New Patient | 99205 | AORTA Scan | 76705 | |
| Est. Patient | 99211 | | | |
| Est. Patient | 99212 | Holter Monitor | 93224 | |
| Est. Patient | 99213 | PFT | 94010 | |
| Est. Patient | 99214 | Tympanometry impedance testing | 92567 | |
| Est. Patient | 99215 | Glaucoma test | 92140 | |
| Home visit est. pat. | 99348 99350 | | | |
| Est. pat. Preventative care (18-39) | 99395 | ANS Testing | 95924, 95922, 95921 | |
| Est. pat. Preventative care (40-64) | 99396 | VAT positional Nystagmus | 92542 | |
| Est. pat. Preventative care (65+) | 99397 | VAT use vertical electrodes | 92547 | |
| RSV 87420QW | | VAT Sinusoidal Rotation test | 92546 | |
| Prolonged care 30-74 min | 99354 | VAT Electro- Occuloghary | 92270 | |
| Influenza A | 87804 | | | |
| Influenza B | 87804 | | | |
| Influenza Vac. | Q2035, G0008 | | | |
| Tet. & Diph. Vac. | 90719  V065 | | | |
| OAE | 92587 | | | |
| Strep A antigen | 87880 QW | Laceration repair up to 2.5cm | 12001 | |
| Kenelog 10mg intraaticular J3301 | | Laceration repair up to 2.6 to 7.5 cm | 12002 | |
| Vit. B12 | J3420 | Laceration repair up to 7.6 to 12.5 cm | 12004 | |
| UA | 81003 | Penile Lesion Destruction | 54056 | |
| Spot Mono test | 86308 QW | Vulva lesion destruction | 56501 | |
| Toradol 15mg | J1885 | H. Pylori breath analysis | 83013, 83014, 78268 | |
| Large Joint asp. | 20610 | Anoscopy | 46600 | |
| Synvisc inj. | J7323 | Hemorrhoid destruction | 46930 | |
| Sm. Joint asp. | 20605 | Anal Lesion destruction | 46916 | |
| | | Anal Lesion destruction extensive | 46924 | |
| | | | | |
| | | Trigger point inj. Additional | 20553 | |
| | | Trigger point inj. | 20552 | |
| | | Excision Benign Lesion | 11400/11442 | |
| Finger/toe inj. | 20605 | Excision Malignant lesion | 11600/11642 | |
| Rib inj. | 64421 | | | |
| ABI | 93922 | Fecal Occult | 82274/G0328 QW | |
| Pregnancy (urine) | 81025 QW | Boniva IV inj. J1740 x3 units @ 96374 | | |
| Pneumovax | 90732 & G0009  V03.82 | Prolia inj. J0897 x1.90 & 96372 | | |
| Hep. A vac. | 90632 & G0010  V05.3 | Removal of foreign body ear | 69200 | |
| Hep. B vac. | 90746 & G0010  V05.3 | Removal of foreign body eye | 65205 | |
| PPD | 86580 V741 | Nasal hemorrhage anterior control | 30901 | |

74.    HCPCS code 71020 is for a chest x-ray.

75.    HCPCS code 92587 is for a hearing test.

76.    HCPCS code 93000 is for an electrocardiogram

77.    HCPCS code 95004 is for an allergy test.

FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

78.     There is no documentation in patient M.T.'s patient chart for January 13, 2017, that Defendants administered a chest x-ray, hearing test, electrocardiogram, or allergy test to patient M.T.

Dr. Minas Kochumian M.D. Inc.
18251 Roscoe Boulevard Suite 202
Northridge, CA 91325
Phone: (818) 709-5154   Fax: (818) 709-5190

April 05, 2017

**FORMAL HEALTH RECORD**

| ID# | SEX | PATIENT DEMOGRAPHICS | | INSURANCE INFORMATION |
|---|---|---|---|---|
| 11843 | F | | | MEDICARE 272852 |
| | | | | CHICO, CA 95927- |
| **DOB** | | | | **MEDI-CAL** |
| | | | | SACRAMENTO, CA 95813- |

**PROBLEM LIST (ICD)**
| | | |
|---|---|---|
| 03/31/2016 | BENIGN HYPERTENSION(I10) | |
| 03/31/2016 | BLADDER DYSFUNCTION | (R39.89) |
| 03/31/2016 | INCREASED LIPID | (E78.5) |
| 07/05/2016 | HYPERTENSION (I10) | |
| 10/04/2016 | CUTANEOUS ABSCESS OF LEFT AXILLA | (L02.412) |
| 01/13/2017 | HYPERTENSIVE HEART FAILURE (I11.0) | |

**ENCOUNTER HISTORY**
| | | | |
|---|---|---|---|
| 1/18/2017 8:17:00 AM | Message | Re: REMINDER | |
| 1/13/2017 2:38:09 PM | Encounter | only bp | |

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

- 20 -

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

**ENCOUNTER**                                                                     Friday, January 13, 2017  2:38PM
CC:        only bp

HPI        feeling weak, tired, and explains that her BP has been "low" for several days.
ROS        no CP or SOB
PFSH       h/o hypertension

All        [Tobacco: Never smoker]
           Macrobid
Meds       1) amLODIPine 5 mg oral tablet, Take 1 pill by mouth QD (Daily) X 1 Month (30d)
           2) aspirin 81mg oral delayed release tablet, Take 1 pill by mouth QD (Daily) X 1 Month (30d)
           3) Betapace 80 mg oral tablet, Take 1 pill by mouth BID X 1 Month (30d)
           4) Eliquis 2.5 mg oral tablet, Take 1 pill by mouth QD (Daily) X 1 Month (30d)
           5) FeroSul 325 mg (65 mg elemental iron) oral tablet, Take 1 pill by mouth BID X 1 Month (30d)
           6) ibuprofen 600 mg oral tablet, Take 1 pill by mouth BID X 1 Month (30d)
           7) magnesium oxide 400 mg (241.3 mg elemental magnesium) oral tablet, Take 1 pill by mouth QD (Daily)
           X 1 Month (30d)
           8) Myrbetriq 50 mg oral tablet, extended release, Take 1 pill by mouth QD (Daily) X 1 Month (30d)
           9) pantoprazole 40 mg intravenous injection, Take 1 pill by mouth QD (Daily) X 1 Month (30d)
           10) pravastatin 40 mg oral tablet, Take 1 pill by mouth QD (Daily) X 1 Month (30d)
           11) valsartan-hydrochlorothiazide 160 mg-12.5 mg oral tablet, Take 1 pill by mouth QD (Daily) X 1 Month
           (30d)
           12) Vitamin D2 50,000 intl units (1.25 mg) oral capsule, Take 1 pill by mouth Q1wk X 1 Month (30d)
PE         Wt: 127 lb  Ht/Ln: 61 in  BMI: 24.0  BP: 152/67  Pulse: 90  Sat: 99

AP         # Hypertension  (I10):
           # Increased lipid  (E78.5):
           # Cutaneous abscess of left axilla  (L02.412): Area is prepared and draped in the usual sterile fashion.  A
           total of 3 cc of 2% lidocaine is injected for local anesthesia.  Using an 11 blade incision is performed.
           Incision and drainage performed.  Patient tolerated the procedure well no complications
           # Hypertensive heart failure  (I11.0):
           PRESCRIBE: digoxin 125 mcg (0.125 mg) oral tablet, Take 1 pill by mouth QD (Daily) X 1 Month (30d), #
           30, RF: 1.

79.     Defendants billed Medicare and Medi-Cal for administering a chest x-ray, hearing

test, electrocardiogram, and allergy test to patient M.T. on January 13, 2017.

80.     Relators also possess charge tickets for the following patients who Defendants

submitted false claims to Medicare and Medi-Cal for drugs, procedures, services, and tests that

are not on their patient charts: G.A., O.A., P.A., Z.A., B.B., H.B., J.B., K.B., S.B., S.C., V.C.,

K.D., S.D., Z.D., E.G., G.G., S.G., A.H., J.H., S.H., A.I., L.I., G.K., J.K., O.K., S.K., A.M.,

V.M., A.N., M.N., T.N., A.S., J.S., H.S., Z.S., A.T., E.T., I.T., J.T., M.T., W.T., A.U., L.W.

81.     Defendants submit false claims to Medicare and Medi-Cal for drugs, procedures,

services, and tests on the charge tickets for many more patients that are not recorded on their

patient charts.

- 21 -

FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

**III.    Scheme 2: Defendants create false ultrasound order forms for ultrasounds never administered to patients but billed to Medicare and Medi-Cal**

**A.  Background**

82.    Relators possess patient charts and Ultrasound Order Forms for eight (8) patients of the Defendants that prove Defendants falsely bill Medicare and Medi-Cal for ultrasounds never administered to patients.

83.    Every ultrasound Defendants bill Medicare and Medi-Cal for payment should be recorded on the patient's chart.

84.    Patient charts are records of drugs, procedures, services, and tests actually administered to patients, including ultrasounds.

85.    If an ultrasound is not recorded on a patient's chart but recorded on the charge ticket then the ultrasound was not administered to the patient and the claim submitted to Medicare and Medi-Cal  is fraudulent.

86.    Relators possess eight (8) Ultrasound Order Forms for ultrasounds Defendants billed to Medi-Cal and/or Medicare that were not recorded on the patients' charts.

87.    Defendants are consequently defrauding Medicare and Medi-Cal.

**B.  Specific examples of false ultrasound order forms Defendants created for ultrasounds never administered to patients but billed to Medicare and Medi-Cal**

Patient K.G.

88.    Defendants completed an Ultrasound Order Form for four (4) different ultrasound procedures for K.G. dated December 13, 2016, that was signed by Dr. Kochumian

FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

### Ultrasound Order Form

Dr. Minas Kochumian
18251 Roscoe Blvd. #202
Northridge, CA 91325

Today's Date: 12-13-16

Appt. Date:

Patient Name: ████████████████████   DOB:

- [ ] Breast US (76645)
- [ ] Renal US (76770)
- [ ] Abdomen US (76700)
- [ ] Pelvic US (76856)
- [ ] Bladder (pre & post void) US (51798)
- [X] Carotid US (93880, 93875)   *I 63.231*
- [ ] Stress Treadmill Echo (93350, 93320, 93325, 93015)
- [ ] Vascular Arterial US
- [ ] Vascular Venous US
- [ ] Portable Vascular Lab

- [ ] Thyroid US (76536)
- [X] Transcranial Doppler (93886)   *I 66.0*
- [ ] Abdomen & Aorta US (93978)
- [ ] Prostate US (76872)
- [X] Echocardiogram (93306)   *I 50.32*

- [ ] Upper Extremities (93930)
- [ ] Upper Extremities (93970)
- [ ] Arterial @ Rest (93923)
- [ ] Venous (93965)

- [ ] Lower Extremities (93925)
- [ ] Lower Extremities (93970)
- [X] Arterial @ Stress (93924)   *I 70.223*

Diagnosis:

_____
Dr. Minas Kochumian

89.     K.G. visited Kochumian Medical on September 27, 2016, December 5, 2016, February 1, 2017, and April 6, 2017, but not on December 13, 2016.

90.     Further, the ultrasounds were not recorded on K.G.'s patient chart for his December 5, 2016, visit, the closest visit to Kochumian Medical before or after December 13, 2016.

- 23 -

CASE NO. _____

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

**Mon, Dec 05 2016   10:03 am**

| | |
|---|---|
| CC | 70 year old female new pt here to be established |
| HPI | 70 year old female new pt here to be established for care. Pt has history of HTN, Hyperlipidemia, type 2 diabetes |
| ROS | Patient denies any recent fever, chills, headache, change in weight without trying, vision or hearing problems. No cp, sob, doe, pnd, orthopnea, or peripheral edema. They note no lumps or swollen glands, no new rashes, changing moles, or change in bowel or bladder function. No melena or BRBPR. Mood has been good and overall doing well. |
| PFSH | HTN, Hyperlipidemia, type 2 diabetes<br>R knee surgery<br><br>[Tobacco: Never smoker] |
| All | No Known Allergies |
| Meds | 1) alendronate 70 mg oral tablet, Take 1 pill by mouth Q1wk X 1 Month (30d)<br>2) Aspir 81 oral delayed release tablet, Take 1 pill by mouth QD (Daily) X 1 Month (30d)<br>3) atorvastatin 40 mg oral tablet, Take 1 pill by mouth QD (Daily) X 1 Month (30d)<br>4) celecoxib 200 mg oral capsule, Take 1 pill by mouth QD (Daily) X 1 Month (30d)<br>5) Citracal Regular 250 mg-200 intl units oral tablet, Take 1 pill by mouth QID (4 times a day) X 1 Month (30d)<br>6) lisinopril 10 mg oral tablet, Take 1 pill by mouth QD (Daily) X 1 Month (30d)<br>7) metFORMIN 500 mg oral tablet, Take 1 pill by mouth BID X 1 Month (30d)<br>8) Zetia 10 mg oral tablet, Take 1 pill by mouth QD (Daily) X 1 Month (30d) |
| PE | Wt: 173 lb   T:   BP: 138/79   P: 85   RR:   Ht: 64 in   BMI: 29.7   HC:<br>GENERAL: WNWD NAD<br>HEENT: WNL<br>LUNGS: CTA<br>HEART: RRR S1 S2 without murmurs, thrills, rubs<br>CHEST WALL: WNL<br>ABDOMEN: Normal BS<br>EXTREMITIES: NO C/C/E. Normal Pulses. |
| A/P | # Encounter for general adult medical examination with abnormal findings (Z00.01): B12 shot given. EKG Sinus Rhythm 81 BPM.  routine labs.  Mammogram and Dexa.  Pt refused colonoscopy<br># Diabetes mellitus type 2  (E11.9): pt taking metformin.  will check HA1C today.<br># Hyperlipidemia (E78.5): lipid panel.  continue medicationa and low fat diet<br># Joint pain  (M25.50): arthritis panel ordered  sent pt to Dexa scan. continue Alendronate and NSAIDS<br># Hypertension (I10): BP at goal continue medication and low salt diet<br>PRESCRIBE: Lidoderm 5% topical film, apply daily, # 30, RF: 1. (Transmitted by Minas Kochumian, MD)<br># Encounter for general adult medical examination with abnormal findings (Z00.01): B12 shot given. EKG Sinus Rhythm 81 BPM.  routine labs.  Mammogram and Dexa scan<br># Diabetes mellitus type 2  (E11.9): pt taking metformin.  will check HA1C today.<br># Hyperlipidemia (E78.5): lipid panel.  continue medicationa and low fat diet<br># Joint pain  (M25.50): arthritis panel ordered  sent pt to Dexa scan. continue Alendronate and NSAIDS<br># Hypertension (I10): BP at goal continue medication and low salt diet<br><br>CQI: Diabetes Quality measures:<br>Patient has had regular A1C tests.<br>Patient's most recent A1C is < 7.<br>Patiet's BP is < 140/90.<br>Patient has had a complete Lipid profile.<br>Patient most recent LDL is < 100.<br>Patient has had at least one microalbumin within the year, or is being treated for nephropathy. |

91.     Defendants billed Medicare for the four December 13, 2016, ultrasound
procedures.

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

- 24 -

FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

92.   Relators also possess Ultrasound Order Forms for the following patients who

Defendants submitted false claims to Medicare and Medi-Cal for ultrasounds that are not on their

patient charts: I.H., S.H., D.K., E.K., A.S., M.S., and S.S.

93.   Defendants submit false claims to Medicare and Medi-Cal for ultrasounds for

many more patients that are not recorded on their patient charts.

**IV.   Scheme 3: Defendants create false charge tickets for drugs, procedures, services, and tests billed to Medicare and Medi-Cal for ghost patients Defendants do not see or treat**

**A.  Background**

94.   Defendants falsely bill Medicare and Medi-Cal for drugs, procedures, services,

and tests administered to ghost patients.

95.   Ghost patients are patients never treated by Defendants.

96.   Defendants get the names and identifying information of ghost patients from West

Coast Home Health.

97.   West Coast Home Health sends Defendants patient information so Defendants can

authorize home health services for those patients.

98.   Even though Defendants have never seen or treated the ghost patients, Defendants

create false charge tickets for drugs, procedures, services, and tests never administered to them

but billed Medicare and Medi-Cal for payment.

99.   Defendants are consequently defrauding Medicare and Medi-Cal.

**B.  Specific examples of false charge tickets Defendants created for drugs, procedures, services, and tests never administered to ghost patients but billed to Medicare and Medi-Cal**

<u>Patient R.T.</u>

100.   West Coast Home Health sent Defendants patient information for R.T. so

Defendants could authorize home health services for R.T.

- 25 -

FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

101.   Even though Defendants have never seen or treated R.T., Defendants used R.T.'s information to bill Medicare and Medi-Cal for drugs, procedures, services, and tests never administered to R.T.

102.   Defendants created a false charge ticket for R.T.

| | | | |
|---|---|---|---|
| New Patient | 99202 | EKG | 93000 |
| New Patient | 99203 | Treadmill | 93015 |
| New Patient | 99204 | ICG | 93701 |
| New Patient | 99205 | AORTA Scan | 76705 |
| Est. Patient | 99211 | | |
| Est. Patient | 99212 | Holter Monitor | 93224 |
| Est. Patient | 99213 | PFT | 94010 |
| Est. Patient | 99214 | Tympanometry impedance testing | 92567 |
| Est. Patient | 99215 | Glaucoma test | 92140 |
| Home visit est. pat.  99348  99349  99350 | | | |
| Est. pat. Preventative care (18-39) | 99395 | ANS Testing  95924, 95922, 95921 | |
| Est. pat. Preventative care (40-64) | 99396 | VAT positional Nystagmus 92542 | |
| Est. pat. Preventative care (65+) | 99397 | VAT use vertical electrodes 92547 | |
| RSV 87420QW | | VAT Sinusoidal Rotation test 92546 | |
| Prolonged care 30-74 min  99354 | | VAT Electro- Occulography 92270 | |
| Influenza A  87804 | | | |
| Influenza B  87804 | | | |
| Influenza Vac.  Q2036 & G0008   V04.81 | | | |
| Tet. & Dipt. Vac.   90719   V06.5 | | | |
| OAE   92587 | | | |
| Strep A antigen   87880 QW | | Laceration repair up to 2.5 cm   12001 | |
| Kenelog 10mg intraaticular J3301 | | Laceration repair up to 2.6 to 7.5 cm   12002 | |
| Vit. B12   J3420 | | Laceration repair up to 7.6 to 12.5 cm   12004 | |
| UA   81003 | | Penile lesion Destruction  54056 | |
| Spot Mono test   86308 QW | | Vulva lesion destruction  56501 | |
| Toradol 15mg   J1885 | | H. Pylori breath analyzer   78267   78268 | |
| Large Joint asp.   20610 | | Anoscopy   46600 | |
| Synvisc Inj.   J7323 | | Hemorrhoid destruction   46930 | |
| Sm. Joint asp.   20605 | | Anal Lesion destruction   46916 | |
| | | Anal Lesion destruction extensive   46924 | |
| | | | |
| | | Trigger point inj. Additional   20553 | |
| | | Trigger point inj.   20552 | |
| | | Excision Benign Lesion   11400/11442 | |
| Finger/toe inj.   20605 | | Excision Malignant lesion   11600/11 | |
| Rib inj.   64421 | | | |
| ABI   93922 | | Fecal Occult   82274/G0328 QW | |
| Pregnancy (urine)   81025 QW | | Boniva  IV Inj. J1740 x3 units & 96374 | |
| Pneumovax   90732 & G0009   V03.82 | | Prolia Inj. J0897 X 60 & 96372 | |
| Hep. A vac.   90632 & G0010   V05.3 | | Removal of foreign body ear   69200 | |
| Hep. B vac.   90746 & G0010   V05.3 | | Removal of foreign body eye   65205 | |
| PPD   86580 V741 | | Nasal hemorrhage anterior control   30901 | |

FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

103.   None of the drugs, procedures, services, and tests on the charge ticket for R.T. were administered because Defendants never saw or treated R.T.

104.   Relators also possess charge tickets for the following ghost patients who Defendants never saw or treated and yet submitted false claims to Medicare and Medi-Cal for drugs, procedures, services, and tests never administered to them: G.B., P.S., N.S., and Z.V.

105.   Defendants submit false claims to Medicare and Medi-Cal for drugs, procedures, services, and tests for many more ghost patients who Defendants do not see or treat.

**V.    Defendants have scienter and bill Medicare and Medi-Cal at abnormally high rates**

106.   Because Dr. Kochumian is the only physician who treats patients at Kochumian Medical, he is fully aware of what drugs, procedures, services, and tests are administered to patients and what drugs, procedures, services, and tests are not administered to patients.

107.   But-for Defendants' submission of false claims for drugs, procedures, services, and tests never administered to patients, Medicare and Medi-Cal would not have paid Defendants for the false claims.

108.   Defendants bill Medicare and Medi-Cal at an abnormally high rate.

109.   In 2014, Defendants billed Medicare $2,230,459, more than four times as much as the next highest Medicare biller in the field of internal medicine in Northridge, California, which only billed Medicare $492,704.

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

- 27 -

FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

1

2

**Defendants are top of the list in Medicare billing for Northridge, CA**

| Provider | Specialty/Facility Type | Location | Total Medicare payments in 2014 ▼ |
|---|---|---|---|
| KOCHUMIAN, MINAS | Internal Medicine ◀ | NORTHRIDGE, CALIF. | $2,230,459 ◀◀ |
| CARO, XAVIER J. | Rheumatology | NORTHRIDGE, CALIF. | $1,922,264 |
| ELIAS, ZOUHEIR H. | Cardiology | NORTHRIDGE, CALIF. | $1,010,343 |

**Defendants bill four times more then the next highest provider in the field**

| | | CALIF. | |
|---|---|---|---|
| ETEHAD, SIAMAK P. | Internal Medicine ◀ | NORTHRIDGE, CALIF. | $492,704 ◀ |
| VALLEY PHYSICIANS SURGERY CENTER AT NORTHRIDGE LLC | Ambulatory Surgical Center | NORTHRIDGE, CALIF. | $480,512 |

110.    Altogether the Relators possess charge tickets or Ultrasound Order Forms and patient charts for fifty-eight (58) of the Defendants.

111.    Fifty-four (54) of the fifty-eight (58) patients of the Defendants that the Relators possess charge tickets or Ultrasound Order Forms and patient charts for are Medicare patients.

112.    Forty-seven (47) of the fifty-eight (58) patients of the Defendants that the Relators possess charge tickets or Ultrasound Order Forms and patient charts for are Medicare and Medi-Cal patients.

113.    Defendants billed Medi-Cal and/or Medicare for payment of two hundred seventeen (217) of the drugs, procedures, services, and tests on the charge tickets and Ultrasound Order Forms but not the patients' charts the Relators possess.

114.    Defendants consequently submitted false claims for all two hundred seventeen (217) drugs, procedures, services, and tests submitted to Medi-Cal and/or Medicare for payment.

- 28 -

FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

1    115.    Defendants submitted many more false claims to Medicare and Medi-Cal and

2  continue to defraud Medicare.

3

4                                    **COUNT I**

5    **Violations of the False Claims Act, 31 U.S.C. § 3729(a)(1)(A)**
     **Knowingly Submitting False Claims for Payment**
6                            **(Against All Defendants)**

7    116.    Relators Oganeysan and Davies incorporate all of the allegations set forth in the

8  foregoing paragraphs as though fully alleged herein.

9    117.    The False Claims Act imposes liability on any person who knowingly presents or

10  causes to be presented a false or fraudulent claim to the United States government for payment or

11  approval.  31 U.S.C. § 3729(a)(1)(A).

12    118.    Defendants Minas Kochumian, Veronica Kochumian, and Minas Kochumian

13  MD, A Medical Corporation knowingly present or cause to be presented claims to Medicare, a

14
15  United States government program, to fraudulently obtain payment for drugs, procedures,

16  services, and tests never administered to patients, including ghost patients Defendants do not see

17  or treat.

18    119.    Set forth more fully above, Relators have identified specific representative

19
20  patients for which the Defendants never administered drugs, procedures, services, and tests to but

21  billed Medicare for those drugs, procedures, services, and tests anyway.

22    120.    The false statements and claims for payment were material to the

23  government's decision to pay.  When submitting a claim for payment, providers

24
25  must certify that the drugs, procedures, services, and tests were administered.

26    121.    But-for Defendants' submission of these claims and their false

27  certifications that the drugs, procedures, services, and tests were administered,

28                                    - 29 -

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

Medicare would not have paid Defendants for the drugs, procedures, services, and tests.

122.    The Defendants acted with the requisite scienter: Dr. Kochumian is the only physician who works at and is employed by Kochumian Medical, and only Dr. Kochumian and Mrs. Kochumian are listed as officers of Kochumian Medical.

123.    The false claims Defendants submit to Medicare are violations of the Federal False Claims Act, 31 U.S.C. § 3729(a)(1)(A), and have cost the United States government and taxpayers millions of dollars.

124.    Accordingly, the United States government is entitled to recover civil money penalties, and other monetary relief as deemed appropriate.

## COUNT II

### Violations of the False Claims Act, 31 U.S.C. § 3729(a)(1)(B)
### Knowingly Making False Records and Statements Material to a False Claim
### (Against All Defendants)

125.    Relators Oganeysan and Davies incorporate all of the allegations set forth in the foregoing paragraphs as though fully alleged herein.

126.    The False Claims Act imposes liability on any person who knowingly makes, uses, or causes to be made or used a false record or statement material to a false or fraudulent claim submitted to get a false or fraudulent claim paid or approved by the United States government. 31 U.S.C. § 3729(a)(1)(B).

127.    Defendants Minas Kochumian, Veronica Kochumian, and Minas Kochumian MD, A Medical Corporation knowingly make or cause to be made false records and statements

- 30 -

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

to a false claim submitted to Medicare, a United States government program, for payment or approval.

128.    As set forth more fully above, Defendants create false charge tickets and Ultrasound Order Forms for drugs, procedures, services, and tests never administered to patients.

129.    The Defendants even create false charge tickets for ghost patients who Defendants do not see or treat.

130.    Further, Dr. Kochumian signs the false Ultrasound Order Forms certifying their validity.

131.    The false records and statements Defendants make are used to support false claims Defendants submit to Medicare in violation of the Federal False Claims Act, 31 U.S.C. § 3729(a)(1)(A)–(B), and have cost the United States government and taxpayers millions of dollars.

132.    Accordingly, the United States government is entitled to recover civil money penalties, and other monetary relief as deemed appropriate.

## COUNT III

**Violations of the California False Claims Act, Cal. Gov't Code § 12651(a)(1)**
**Knowingly Submitting False Claims for Payment**
**(Against All Defendants)**

133.    Relators Oganesyan and Davies incorporate all of the allegations set forth in the foregoing paragraphs as though fully alleged herein.

134.    The California False Claims Act imposes liability on any person who knowingly presents or causes to be presented a false or fraudulent claim to the State of California for payment or approval.  Cal. Gov't Code § 12651(a)(1).

- 31 -
FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

135.   Defendants Minas Kochumian, Veronica Kochumian, and Minas Kochumian MD, A Medical Corporation knowingly present or cause to be presented claims to Medi-Cal, a State of California program, to fraudulently obtain payment for drugs, procedures, services, and tests never administered to patients, including ghost patients Defendants do not see or treat.

136.   Set forth more fully above, Relators have identified specific representative patients for which the Defendants never administered drugs, procedures, services, and tests to but billed Medi-Cal for those drugs, procedures, services, and tests anyway.

137.   The false statements and claims for payment were material to the government's decision to pay.  When submitting a claim for payment, providers must certify that the drugs, procedures, services, and tests were administered.

138.   But-for Defendants' submission of these claims and their false certifications that the drugs, procedures, services, and tests were administered, Medi-Cal would not have paid Defendants for the drugs, procedures, services, and tests.

139.   The Defendants acted with the requisite scienter: Dr. Kochumian is the only physician who works at and is employed by Kochumian Medical, and only Dr. Kochumian and Mrs. Kochumian are listed as officers of Kochumian Medical.

140.   The false claims Defendants submit to Medi-Cal are violations of the California False Claims Act, Cal. Gov't Code § 12651(a)(1), and have cost the State of California and taxpayers millions of dollars.

FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

1    141.    Accordingly, State of California is entitled to recover civil money penalties, and

2    other monetary relief as deemed appropriate.

3

4    ## COUNT IV

5    **Violations of the California False Claims Act, Cal. Gov't Code § 12651(a)(2)**
     **Knowingly Making False Records and Statements Material to a False Claim**
6    **(Against All Defendants)**

7    142.    Relators Oganesyan and Davies incorporate all of the allegations set forth in the

8    foregoing paragraphs as though fully alleged herein.

9    143.    The California False Claims Act imposes liability on any person who knowingly

10   makes, uses, or causes to be made or used a false record or statement to get a false or fraudulent

11   claim paid or approved by the State of California.  Cal. Gov't Code § 12651(a)(2).

12   144.    Defendants Minas Kochumian, Veronica Kochumian, and Minas Kochumian

13   MD, A Medical Corporation knowingly make or cause to be made false records and statements

14   to a false claim submitted to Medi-Cal, a State of California program, for payment or approval.

15

16   145.    As set forth more fully above, Defendants create false charge tickets and

17   Ultrasound Order Forms for drugs, procedures, services, and tests never administered to patients.

18   146.    The Defendants even create false charge tickets for ghost patients who

19   Defendants do not see or treat.

20

21   147.    Further, Dr. Kochumian signs the false Ultrasound Order Forms certifying their

22   validity.

23   148.    The false records and statements Defendants make are used to support

24   false claims Defendants submit to Medi-Cal in violation of the California False

25
     Claims Act, .  Cal. Gov't Code § 12651(a)(1)–(2), and have cost the State of
26
27   California and taxpayers millions of dollars.

28                                    - 33 -
     FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

CASE NO. _____

149.   Accordingly, the State of California is entitled to recover civil money penalties, and other monetary relief as deemed appropriate.

## **PRAYER FOR RELIEF**

WHEREFORE, Relators Oganesyan and Davies, acting on behalf of and in the name of the United States of America and the State of California, and on their own behalf, pray that judgment will be entered against Defendants for violating the Federal False Claims Act, 31 U.S.C. § 3729, *et seq.*, and the California False Claims Act, Cal. Gov't Code, § 12651, *et seq.* as follows:

a)   That for violations of the False Claims Act, 31 U.S.C. §3729, *et seq.*, this Court enter judgment against the Defendants in an amount equal to three times the amount of damages the United States government has sustained because of the Defendants' actions, plus the maximum allowable civil penalty for each act in violation of 31 U.S.C. §3729;

b)   That for violations of the California False Claims Act, Cal. Gov't Code § 12651, *et seq.*, this Court enter judgment against the Defendants in an amount equal to three times the amount of damages the State of California has sustained because of the Defendants' actions, plus the maximum allowable civil penalty for each act in violation of Cal. Gov't Code §§ 12651, *et seq.*;

c)   That Relators Oganesyan and Davies be awarded the maximum amount allowed pursuant to 31 U.S.C. §3730(d),  including the costs and expenses of this action and reasonable attorneys' fees;

d)   That the United States government, the State of California, and Relators Oganesyan and Davies receive all other relief, both in law and equity, to which they are reasonably entitled.

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006

- 34 -

FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

**JURY DEMAND**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Relators Oganesyan and

Davies hereby demand a jury trial.

Respectfully submitted,
THE EMPLOYMENT LAW GROUP

By:

David L. Scher, Esq.
California Bar  No. 184562
R. Scott Oswald, Esq. (*pro hac vice* to be filed)
Andrew M. Witko, Esq. (*pro hac vic to be filed*)
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2802
(202) 261-2835 (facsimile)
dscher@employmentlawgroup.com
soswald@employmentlawgroup.com
awitko@employmentlawgroup.com
Attorneys for *Qui Tam* Plaintiffs

- 35 -

FALSE CLAIM ACT *QUI TAM* COMPLAINT UNDER SEAL

CASE NO. _____

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006