PHILLIP A. TALBERT
Acting United States Attorney
RACHEL J. MUOIO
Assistant United States Attorney
Office of the United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2758
Facsimile: (916) 554-2900

**FILED**

Oct 29, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, *ex rel.,* ELIZE OGANESYAN and DAMON DAVIES, <br><br>Plaintiffs, <br><br>vs. <br><br>MINAS KOCHUMIAN, VERONICA KOCHUMIAN, MINAS KOCHUMIAN, M.D., a Medical Corporation, <br><br>Defendants. | CASE NO. 2:17-cv-2236 KJM JDP <br><br>**UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE TO INTERVENE IN PART** |

**THE UNITED STATES' NOTICE OF ELECTION TO INTERVENE
IN PART AND TO DECLINE TO INTERVENE IN PART**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in part of this action and to decline to intervene in part of this action. The United States intervenes as to defendants Minas Kochumian and Minas Kochumian, M.D., a Medical Corporation. The United States declines to intervene as to defendant Veronica Kochumian. The United States intends to file its complaint in intervention against Defendants Minas Kochumian and Minas Kochumian, M.D., a Medical Corporation within 60 days of intervention (*i.e.*, by December 28, 2021). The State of California joins the United States in this election.

1   NOTICE OF PARTIAL INTERVENTION

      Although the United States declines to intervene in a portion of the action, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the declined portion of the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.*  Therefore, the United States requests that, should either the relators or the defendants propose that the part of the action in which the United States has not intervened be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

      Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed as to the non-intervened part of this action be served upon the United States; the United States also requests that all orders issued by the Court be sent to the United States' counsel.  The United States reserves its right to order any deposition transcripts and to intervene in the portion of this action in which it is declining to intervene today, for good cause, at a later date.

      The United States reserves the right to seek the dismissal of the relators' action or claim on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

      Finally, the United States requests that the relators' Complaint, this Notice, and the attached proposed Order be unsealed.  The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

      A proposed Order accompanies this Notice.

Dated:  October 29, 2021                        Respectfully Submitted,

                                                    PHILLIP A. TALBERT
                                                    Acting United States Attorney

                                                    /s/ *Rachel J. Muoio*
                                                    RACHEL J. MUOIO
                                                    Assistant United States Attorney