IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, *ex rel.,* ELIZE OGANESYAN and DAMON DAVIES,<br><br>Plaintiffs,<br><br>vs.<br><br>MINAS KOCHUMIAN, VERONICA KOCHUMIAN, MINAS KOCHUMIAN, M.D., a Medical Corporation,<br><br>Defendants. | CASE NO.  2:17-cv-2236 KJM JDP<br><br>**ORDER** |

### **ORDER**

The United States having intervened in part of this action and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the court rules as follows:

IT IS ORDERED that,

1. the relators' Complaint, the United States' Notice of Election to Intervene in Part and to Decline to Intervene in Part, and this Order be unsealed;

2. the United States serve its Complaint upon defendant, together with this Order, within 60 days of intervention (*i.e.*, by December 28, 2021);

3. the relators serve its Complaint upon defendants within 60 days;

4. all other papers or Orders on file in this matter shall remain under seal;

5. the seal be lifted on all other matters occurring in this action after the date of this Order;

6. as to the part of the action in which the United States has declined to intervene, the parties shall serve all pleadings and motions filed in that part of the action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in that part of the action, for good cause, at any time;

7. all orders of this Court shall be sent to the United States; and that

8. should the relators or the defendants propose that the part of the action in which the United States has declined to intervene be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED.

This order resolves ECF No. 43.

This 10th day of November 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE