IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, *ex rel.,* ELIZE OGANESYAN and DAMON DAVIES,<br><br>Plaintiffs,<br><br>vs.<br><br>MINAS KOCHUMIAN, et al.,<br><br>Defendants. | CASE NO. 2:17-cv-2236 KJM JDP<br><br>ORDER GRANTING UNITED STATES' APPLICATION FOR AN EXTENSION OF TIME IN WHICH TO FILE ITS COMPLAINT-IN-INTERVENTION |

Having considered the Application of the United States, and for good cause shown,

**IT IS HEREBY ORDERED** that:

For purposes of allowing the United States time to adequately finalize the settlement in principle the parties have reached with Defendants to resolve the pending *qui tam* allegations, the United States and the State of California shall have until March 28, 2022 within which to file the Governments' complaint-in-intervention. Relators shall have until March 28, 2022 to serve its complaint on Defendants.

**IT IS SO ORDERED.**

DATED: January 4, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE