IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, *ex rel.*, ELIZE OGANESYAN and DAMON DAVIES,<br><br>Plaintiffs,<br><br>v.<br><br>MINAS KOCHUMIAN, et al.,<br><br>Defendants. | Case No. 2:17-cv-2236 KJM JDP<br><br>**ORDER GRANTING THE UNITED STATES AND THE STATE OF CALIFORNIA 45 DAYS TO FILE DISPOSITIONAL DOCUMENTS** |

Having considered the Request of the United States and the State of California, and for good cause shown,

**IT IS HEREBY ORDERED** that the United States and State of California shall have until and including **May 12, 2022**, within which to file dispositional documents in this action.

**IT IS SO ORDERED.**

DATED: March 29, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE