Rob Bonta
Attorney General of California
Jennifer Euler
Chief Assistant Attorney General
Division of Medi-Cal Fraud & Elder Abuse
Quisteen Shum, State Bar No. 174299
Supervising Deputy Attorney General
Elizabeth S. Voorhies, State Bar No. 183172
Deputy Attorney General
 1615 Murray Canyon Frazee Road, Suite 700
 San Diego, CA 92108
 Telephone: (619) 358-1016
 Facsimile:  (619) 688-4200
 E-mail:  Elizabeth.Voorhies@doj.ca.gov

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, *ex rel.,* ELIZE OGANESYAN and DAMON DAVIES,<br><br>Plaintiffs,<br><br>vs.<br><br>MINAS KOCHUMIAN, et al.,<br><br>Defendants. | CASE NO.  2:17-cv-2236 KJM JDP<br><br>ORDER GRANTING THE STATE OF CALIFORNIA AND THE UNITED STATES A 20-DAY EXTENSION TO FILE DISPOSITIONAL DOCUMENTS |

Having considered the Application of the State of California ("the State"), and for good cause shown,

**IT IS HEREBY ORDERED** that:

The States and the United States shall have until June 1, 2022 to file dispositional documents.

**IT IS SO ORDERED.**

DATED:  May 16, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Order Granting Application For Extension of Time
[CASE NO. 2:17-cv-2236 KJM JDP]