1 | PHILLIP A. TALBERT
United States Attorney
2 | COLLEEN M. KENNEDY
Assistant United States Attorney
3 | Office of the United States Attorney
501 I Street, Suite 10-100
4 | Sacramento, CA 95814
Telephone:  (916) 554-2700
5 | Facsimile:   (916) 554-2900

6 | Attorneys for the United States

7

8 |                    IN THE UNITED STATES DISTRICT COURT

9 |                    EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA, and the          CASE NO.  2:17-cv-2236 KJM JDP
STATE OF CALIFORNIA, *ex rel.,* ELIZE
11 | OGANESYAN and DAMON DAVIES,                 **ORDER ON THE JOINT STIPULATION OF**
                                             **VOLUNTARY DISMISSAL BY THE UNITED**
12 |                     Plaintiffs,            **STATES, THE STATE OF CALIFORNIA, AND**
                                             **RELATORS**
13 |               v.

14 | MINAS KOCHUMIAN et al.,

15 |                     Defendants.

16

17 |        Upon consideration of the Joint Stipulation of Voluntary Dismissal by the United States, the

18 | State of California, and the Relators, pursuant to the terms of the Settlement Agreement between the

19 | parties, and for good cause shown,

20 |        IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice as to Relator and

21 | with prejudice as to the United States and the State of California for the Covered Conduct as set forth in

22 | their Settlement Agreement with Defendants;

23 |        IT IS FURTHER ORDERED that Relators' claims for reasonable expenses, attorneys' fees, and

24 | costs against Defendants under 31 U.S.C. § 3730(d)(1) shall remain pending and this Court shall retain

25 | jurisdiction over those claims until such time as those issues are fully and finally resolved.  The Relators

26 | and Defendants shall attempt to resolve these claims and, if unable to do so, the parties shall file noticed

27 | motions for their resolution pursuant to Local Rule 230; and

28 | /////

1         IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce the terms of the

2    Settlement Agreement in this action and shall be the sole venue for any dispute arising thereunder.

3

4         **IT IS SO ORDERED.**

5    DATED:  June 9, 2022.

6

7                               CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28