R. SCOTT OSWALD
The Employment Law Group, P.C.
1717 K St. NW, Suite 1110
Telephone: (202) 261-2806
Facsimile: (202) 261-2835

Counsel for the Relators

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, *ex rel.,* ELIZE OGANESYAN and DAMON DAVIES,<br><br>Plaintiffs,<br><br>v.<br><br>MINAS KOCHUMIAN et al.,<br><br>Defendants. | CASE NO. 2:17-cv-2236 KJM JDP<br><br>**ORDER ON THE STIPULATION OF VOLUNTARY DISMISSAL BY THE RELATORS AND DEFENDANTS** |

Upon consideration of the Stipulation of Voluntary Dismissal by the Relators and Defendants, pursuant to the terms of the Fees Settlement Agreement between Relators and Defendants, and for good cause shown,

IT IS HEREBY ORDERED that Relators' claims for reasonable expenses, attorneys' fees, and costs against Defendants under 31 U.S.C. § 3730(d) are hereby dismissed with prejudice as to Relators as set forth in their Fees Settlement Agreement with Defendants; and

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and the Fees Settlement Agreement in this action and shall be the sole venue for any dispute arising thereunder.

**IT IS SO ORDERED.**

Dated: July 7, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE